IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 10-800-003-RBS |
| WILLIAM HAKEN, JR. | : |
| Defendant. | : |

## ORDER

AND NOW, this 19th day of February, 2014, it is hereby ORDERED that the government's Motion to Dismiss Counts Two, Three and Four of the Superseding Indictment is GRANTED.

_____
HONORABLE R. BARCLAY SURRICK
United States District Judge

2/19/2014
Copy to: AUSA Preate